JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA–WESTERN DIVISION

| | |
|---|---|
| Vellata, LLC, <br>     Plaintiff, <br> v. <br> Red Lions Hotels Corporation, <br>     Defendant. <br> And Related Counterclaims | 2:11-cv-01469-AHM (AGRx) <br><br> Order Dismissing Claims Against Defendant Red Lions and Counterclaims Brought by Red Lions <br><br> Judge Matz |

Pursuant to a stipulation of counsel, it is ordered that all claims by plaintiff Vellata, LLC ("Vellata") against defendant Red Lions Hotels Corporation ("Red Lions") and all counterclaims by Red Lions against Vellata are dismissed with prejudice.

Therefore, the lawsuit is dismissed in its entirety with prejudice under FED. R. CIV. P. 41(a)(2).

Each party will bear its own costs and attorneys' fees.

Dated: May 13, 2011

                                     United States District Judge

**JS-6**

Order Dismissing Defendant Red Lions      1